AUSA

**FILED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8586

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Vanessa Marie HARO-Ortega<br><br>Defendant. | ) Mag. Case No.<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1324<br>) (a)(1)(A)(iv) and (v)(I)-(II) –Encouraging and<br>) Inducing Alien (s)<br>)<br>)<br>)<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On or about June 27, 2008, within the Southern District of California, defendant VANESSA MARIE HARO-ORTEGA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Mauricio F. Flores, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be a violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I)-(II).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 30th DAY OF JUNE 2008.

_____
Peter C. Lewis
United States Magistrate Judge

I, Senior Border Patrol Agent Marco Miranda declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, F. Gurrola, that the Defendant was found and arrested on June 27, 2008 east of the Calexico, California Port of Entry.

BPA Gurrola was performing his assigned Border Patrol duties east of the Calexico, California Port of Entry. The Remote Video Surveillance System Operator advised agents that a suspected illegal alien had made an illegal entry by climbing over the United States/Mexico International Boundary Fence. The same individual ran northbound. Agent Gurrola responded to the area and observed the individual running northbound and enter a parked vehicle. Agent Gurrola approached the vehicle and observed three other occupants inside. Agent Gurrola instructed the subject that had boarded the vehicle, later identified as Mauricio F. FLORES to exit the vehicle. Agent Gurrola questioned the individual as to his immigration status to be in or remain in the United States legally. FLORES admitted to being a native and citizens of Mexico without proper documentation that would allow him to be in or remain in the United States legally.

Agent Gurrola questioned the driver of the vehicle, who identified herself as, Maria Soledad Huerta. Huerta stated that the Mauricio F. FLORES was her son. Agent Gurrola asked Huerta about her relationship with the other passenger inside the vehicle. Huerta stated that she did not know the passenger. Huerta further stated that the passenger was the smuggler who was there to guide her son in his illegal entry into the United States. Huerta said that on June 26, 2008, she and her son, Mauricio F. FLORES made arrangements in Mexicali Baja California, Mexico with the passenger, Vanessa Marie HARO-Ortega, to smuggle Mauricio F. FLORES into the United States.
Agent Gurrola approached the passenger side of the vehicle and recognized the passenger, Vanessa Marie HARO-Ortega, a local known smuggler. HARO-Ortega was questioned regarding Huerta and FLORES. HARO-Ortega stated that she knew them through her father-in-law and refused to answer any further questions. Both HARO and FLORES were placed under arrest and transported to the Calexico Border Patrol Station.

At approximately 0612 a.m. at the Calexico Station, HARO-Ortega was advised of her Miranda Rights in the English language. HARO-Ortega acknowledged understanding her rights.

Mauricio F. FLORES stated that he crossed into the United States illegally. FLORES also said that he made arrangements with Vanessa Marie HARO-Ortega to be smuggled into the United States for a fee of $700.00. Mauricio F. FLORES stated he boarded the vehicle and recognized HARO-Ortega as the person he had made the arrangement with in Mexicali, Baja California, Mexico to be smuggled into the United States.

Mauricio F. FLORES was shown a six-pack photo lineup and positively identified photo #5, as Vanessa Marie HARO-Ortega, the smuggler whom he had made the arrangements.

Executed on June 28, 2008 at 1325.

_____
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on June 27, 2008 in violation of Title 8, United States Code 1324.

_____
Barbara L. Major
United States Magistrate Judge

6/29/08 at 7:48 Am
6/28/08 1525

original PC determinations made at 6/28/08 at 2:35 pm. Charging document finalized today.